# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                                                                       Case No. 17-31570-DHW
                                                                                                Chapter 13

ANNIE RUTH SCOTT,

       Debtor.

## ORDER TERMINATING STAY AND CODEBTOR STAY

Credit Acceptance Corp. filed a motion (Doc. # 42) for relief from the automatic stays imposed by 11 U.S.C. §§ 362(a) and 1301(a) to enforce a lien on the property described in the motion and to proceed against codebtor Prencilla Jones to collect the debt to the extent the debt is not being paid through the chapter 13 plan. The motion came on for hearing on November 6, 2017. Counsel for the debtor could offer no defense. Accordingly, it is

ORDERED that the motion is GRANTED and the stays imposed by 11 U.S.C. §§ 362(a) and 1301(a) are TERMINATED to allow Credit Acceptance Corp. to enforce its lien on the property described in the motion and to proceed against Prencilla Jones to collect the debt to the extent the debt is not being paid through the chapter 13 plan. It is

FURTHER ORDERED that any allowed claim of this creditor secured by property referenced in the motion is REDUCED to the amount paid on the claim by the chapter 13 trustee without prejudice to the creditor to amend the claim to reflect the sales proceeds received on disposition of the collateral.

Done this the 6th day of November, 2017.

*/s/ Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:     Debtor
       Richard D. Shinbaum, Attorney for Debtor
       Paul J. Spina III, Attorney for Creditor
       Prencilla Jones, Codebtor
       Credit Acceptance Corp., Creditor
       Sabrina L. McKinney, Trustee